UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELPHI AUTOMOTIVE SYSTEMS, LLC,

    Plaintiff,

Case No. 09-12257

v.

Honorable Patrick J. Duggan

P&J INDUSTRIES, INC.,

    Defendant.
_____/

## **JUDGMENT**

This matter is before the Court on Delphi's Motion for Summary Judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that a judgment is entered in Plaintiff's favor in the amount of One-Hundred-Forty-Five Thousand Dollars and Zero Cents ($145,000.00).

                                                  s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 21, 2009

copies to:
Joseph E. Papelian, Esq.
Douglas W. King, Esq.